UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY LAMAR STEPHENS,

    Petitioner,

v.                                     Case No. 8:03-cv-997-T-24MAP

JAMES V. CROSBY, JR.,

    Respondent.

_____/

## O R D E R

    The Court denied Petitioner Gregory L. Stephens' 28 U.S.C. § 2254 petition for writ of habeas corpus. Stephens has filed a Notice of Appeal, an Application for a Certificate of Appealability, and a Motion for Leave To Appeal In Forma Pauperis.

    To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000). Petitioner has failed to meet this standard. Therefore, Petitioner has failed to satisfy the Slack test.

    Accordingly, the Court orders:

    1. That Petitioner's Application for Certificate of Appealability (Doc. No. 27) is denied.

2. That Petitioner's Motion for Leave To Appeal In Forma Pauperis (Doc. No. 28) is denied.

ORDERED at Tampa, Florida, on August 29, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Counsel of Record

Pro se:  Gregory Lamar Stephens